IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY KAVANAUGH | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-22 |
| TEXAS DEP'T CRIMINAL JUSTICE, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Anthony Kavanaugh, proceeding through counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

## Discussion

On June 26, 2023, Plaintiff's counsel filed a suggestion of death advising the court that Plaintiff had passed away. More than ninety days have passed since the advisory was filed, and there has been no motion to substitute filed by a successor or representative of the plaintiff. *See* FED. R. CIV. P. 25(a)(1). There is no longer a party to prosecute this action. Therefore, this civil rights action should be dismissed without prejudice.

## Recommendation

This civil rights action should be dismissed without prejudice.

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings,

conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 2nd day of October, 2023.

_____
Zack Hawthorn
United States Magistrate Judge